# NO. 12-11-00178-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *BRODERICK DEROYCE BROWN,* *APPELLANT* | § | *APPEAL FROM THE 241ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant pleaded guilty to possession of a controlled substance, cocaine in an amount of one gram or more but less than four grams. He also pleaded true to the enhancement paragraph alleging that he had been previously convicted of a felony. Appellant filed a notice of appeal.

We have received the trial court's certification showing that this is a plea bargain case and Appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(a)(2). The certification also states that Appellant waived his right to appeal. The certification is signed by Appellant and his trial counsel. The clerk's record supports the trial court's certification. *See **Dears v. State***, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). Accordingly, we dismiss the appeal.

Opinion delivered July 20, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)